

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00687-CV

Rudy **NEIRA**,
Appellant

v.

Sheryl **SCULLY**, In Her Official Capacity as the City Manager of the City of San Antonio, on
Behalf of the San Antonio Planning Commission,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05034
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

We order that appellee Sheryl Scully, In Her Official Capacity as the City Manager of the
City of San Antonio, on Behalf of the San Antonio Planning Commission, recover her costs of this
appeal, if any, from appellant Rudy Neira.

SIGNED July 22, 2015.

_____
Marialyn Barnard, Justice